UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAY MAISONNUEVE,
    Plaintiff,

V.

BAC HOME LOANS SERVICING, LP
dba Bank of America, N.A.,
    Defendant.

CIVIL ACTION NO.
10-11502-MBB

### MEMORANDUM AND ORDER RE: MOTION OF DEFENDANT BAC HOME LOANS SERVICING, LP FOR PARTIAL SUMMARY JUDGMENT (DOCKET ENTRY # 18)

September 15, 2011

**BOWLER, U.S.M.J.**

Pending before this court is a motion filed by defendant BAC Home Loans Servicing, LP dba Bank of America, N.A. ("defendant") for partial summary judgment on counts V, VI and VII of the complaint. (Docket Entry # 18). This court held a hearing on September 14, 2011, on the motion. At that hearing, plaintiff waived any objection to the entry of partial summary judgment on the foregoing counts. Having reviewed the merits of the motion and for the reasons stated in the memorandum in support of the partial summary judgment motion (Docket Entry # 19), the partial summary judgment motion (Docket Entry # 18) is **ALLOWED** as to counts V, VI and VII.

                                /s/ Marianne B. Bowler
                             **MARIANNE B. BOWLER**
                             United States Magistrate Judge