UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAY MAISONNUEVE,
        Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,
d/b/a Bank of America, N.A.,
        Defendant.

CIVIL ACTION NO.
10-11502-MBB

## FINAL JUDGMENT

### APRIL 9, 2012

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge